**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1577**

---

MICHAEL RAY SIGMON,

        Plaintiff - Appellant,

    v.

WILLIAM FREDERICK HUGHES, SR.,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Joseph R. Goodwin, District Judge.  (2:24-cv-00287)

---

Submitted:  March 26, 2026                          Decided:  March 30, 2026

---

Before RICHARDSON and BERNER, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Michael Ray Sigmon, Appellant Pro Se

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Ray Sigmon seeks to appeal the district court's order accepting the magistrate judge's recommendation and dismissing Sigmon's civil complaint. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order and judgment on April 11, 2025, and the appeal period expired on Monday, May 12, 2025. Sigmon filed the notice of appeal on May 18, 2025. Because Sigmon failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*